THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES E. EARL, Appellant.— Judgment of conviction of the County Court of Orange county, and orders denying defendant's motion for a new trial and in arrest of judgment,

unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.